■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANK ESPOSITO, Appellant. [753 NYS2d 880] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Marrus, J.), rendered November 19, 2001, convicting him of criminal possession of marijuana in the fourth degree, upon a jury verdict, and imposing sentence. The appeal brings up for review the denial, after a hearing, of that branch of the defendant's omnibus motion which was to suppress physical evidence.

Ordered that the judgment is affirmed.

The factual findings and credibility determinations of a hearing court are entitled to great deference on appeal, and will not be disturbed unless clearly unsupported by the record (*see People v Prochilo,* 41 NY2d 759, 761; *People v Jakins,* 277 AD2d 328; *People v Fryar,* 276 AD2d 641). The hearing minutes support the denial of that branch of the defendant's omnibus motion which was to suppress physical evidence (*see People v Crespo,* 292 AD2d 177, *lv denied* 98 NY2d 709; *People v Sergeant,* 281 AD2d 438; *People v Licurgo,* 277 AD2d 396).

The Supreme Court properly denied the defendant's motion to sever the marijuana possession count from the remaining arson-related counts of the indictment. The proof in support of the arson-related counts would have been material and admissible as evidence-in-chief upon a trial of the drug charge, as the proof related to the reasons for the defendant's arrest (*see* CPL 200.20 [2] [b]; *People v Bongarzone,* 69 NY2d 892, 895; *People v Nolan,* 277 AD2d 400). Moreover, the defendant made various statements at the time of his arrest on the drug charge which would have been material and admissible as evidence-in-chief upon a trial of the arson-related counts (*see People v Nolan, supra; People v Quartieri,* 171 AD2d 889). Santucci, J.P., O'Brien, Goldstein and Cozier, JJ., concur.